IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HOPE HARPER, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE
ESTATE OF LARRY HARPER, DECEASED,

      Plaintiff,

vs.                                                Civ. No. 96-1048 BB/WWD

CITY OF ALBUQUERQUE, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER

      This matter came before the Court for a scheduling conference on January 20, 1998. After discussing the present posture of the case, including a pending motion to stay all proceedings which is before the Tenth Circuit, and tentative trial settings for April or May, I determined that certain new deadlines should be set to facilitate the pre-trial preparation of this matter. The schedule that I will set is based upon the assumption that the trial of issues involving municipal liability will be deferred. Additionally, if the motion for stay pending before the Court of Appeals is granted, the schedule set out below obviously will have no further effect.

      **WHEREFORE,**

      **IT IS ORDERED** that the following deadlines shall be in effect in this cause:

      1. All disclosures required by Fed. R. Civ. P. 26(a)(1) by January 26, 1998.

2. Requests for production to be served by February 6, 1998. Responses to requests for production to be made by February 20, 1998. Motions to compel with respect to requests for production to be served by February 27, 1998.

3. Interrogatories to be served by March 6, 1998. Answers to interrogatories to be served by March 20, 1998.

4. Deposition discovery to be completed by April 3, 1998.

5. Pre-trial order from Plaintiff to Defendants by March 16, 1998; pre-trial order filed by Defendants with the Court by March 31, 1998.

_____
UNITED STATES MAGISTRATE JUDGE