IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HOPE HARPER, Individually and as
personal representative of the estate of
LARRY HARPER, Deceased,

      Plaintiff,

vs.                                        Civ. No. 96-1048 BB/WWD

THE CITY OF ALBUQUERQUE, ALBUQUERQUE
POLICE DEPARTMENT, CHIEF OF POLICE JOE
POLISAR, Individually in his official capacity and
ED SAUER, Individually in his official capacity,

      Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the "Motion of Defendants for Reconsideration of the August 7, 1997 Order to Seal and August 8, 1997 Discovery Order, and to Compel the Production of the Unredacted Handwritten Statement of Paul Harper" [hereinafter "Motion"] [docket no. 171]. The Motion was filed June 15, 1998. Defendants seek review of orders I entered on August 7, 1997 and August 8, 1997. Additionally, Defendants have filed an untimely motion to compel. After having reviewed the motion for reconsideration and the orders to which it is directed, I find that the motion is not well taken and that it should be denied. I also find that the motion to compel in connection with the handwritten statement of Paul Harper is untimely and that it also should be denied.

      **IT IS SO ORDERED**.

                                                                     UNITED STATES MAGISTRATE JUDGE